Danny Ray WATSON, Plaintiff–
Appellant,

v.

MEDICAL DEPARTMENT NURSE;
Medical Department Nurse,
Defendants–Appellees.

No. 07–7776.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 21, 2008.

Decided: March 10, 2008.

Danny Ray Watson, Appellant Pro Se.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Ray Watson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Watson v. Medical Dep't Nurse,* No. 1:07–cv–00973–TSE–BRP (E.D.Va. Sept. 26, 2007). We also deny Watson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*